No. 6. In re Ramírez.—Complaint filed by Juan Mollfulleda. Decided April 28, 1913. Complaint dismissed on motion of the *fiscal* because it lacks grounds sufficient to bring

it within the provisions of the Disbarment Act of March 11, 1909. The complainant appeared *pro se.* *Mr. Charles E. Foote, fiscal,* for The People.